UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
═══════════════════════════════════════════════

TRAVCO INSURANCE COMPANY,

                              Plaintiff,

v.                                                Civil Action No.: 3:10-cv-01358
                                                                TJM/DEP

FRANK MANN, MARYANNE MANN,
and FRANK J. MANN, JR.,                  **STIPULATION OF DISCONTINUANCE**

                              Defendants.
═══════════════════════════════════════════════

       IT IS HEREBY STIPULATED AND AGREED by and among the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to any party as against another.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 6, 2012


By: s/Judith Treger Shelton, Esq.
     Judith Treger Shelton, Esq.
     Jesse J. Cooke, Esq.

Kenney Shelton Liptak Nowak LLP
510 Rand Building, 14 Lafayette Square
Buffalo, New York 14203
Tel.: (716) 853-3801
Fax: (716) 853-0265
E-mail: JTShelton@kslnlaw.com
         JJCooke@kslnlaw.com

*Attorneys for Plaintiff*
*TravCo Insurance Company*

By: s/Theodoros Basdekis, Esq.
     Theodoros Basdekis, Esq.

Scarzafava Basdekis Law Firm
48 Dietz Street, Suite C
Oneonta, New York 13820
Tel.: (607) 432-9341
E-mail: tbasdekis@stny.rr.com

*Attorneys for Defendant*
*Frank J. Mann*

By: s/ James J. Konstanty, Esq.
     James J. Konstanty, Esq.

Konstanty Law Office
252 Main Street
Oneonta, New York 13820
Tel.: (607) 432-2245
Fax: (607) 432-4337
Email: konstantylaw252@yahoo.com

*Attorneys for Defendants*
*Frank Mann and Maryanne Mann*

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: February 7, 2012